NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

02-839

UNWIRED TELECOM CORP.

VERSUS

PARISH OF CALCASIEU,  SCHOOL BOARD & POLICE JURY

**********
ON REMAND FROM THE
LOUISIANA SUPREME COURT
STATE OF LOUISIANA
NUMBER 2003-C-0069

**********

**BILLY HOWARD EZELL**
**JUDGE**

**********

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Michael G. Sullivan, and Billy Howard Ezell, Judges.

REMANDED.

Hon. Charles Foti, Attorney General
Tina Vicari Grant
Louisiana Department of Justice
P. O. Box 94005
Baton Rouge, LA 70804-9005
(225) 342-7013
COUNSEL FOR:
       State  of Louisiana

William M. Backstrom, Jr.
Coleman Douglas Ridley
Jones, Walker, et al
201 St. Charles Ave.
New Orleans, LA 70170
(504) 582-8000
COUNSEL FOR PLAINTIFF/APPELLANT:
    Unwired Telecom Corp.

Mark James Jeansonne
Attorney at Law
909 Poydras Street, Suite 2300
New Orleans, LA 70112
(504) 569-7000
COUNSEL FOR Amicus Curiae:
    Alltel Communications, Inc.
    AT&T Wireless Services

Toni Lewis Petrofes
Scofield, Gerard, Veron, et al
1114 Ryan St.
Lake Charles, LA 70602
(337) 433-9436
COUNSEL FOR DEFENDANTS APPELLEES/APPELLANTS:
    Calcasieu Parish Police Jury
    Calcasieu Parish School Board

Russell Joseph Stutes, Jr.
Stutes, Fontenot, Lavergne & Lutz
P.O. Box 1644
Lake Charles, Louisiana 70602
Calcasieu Parish Police Jury
Calcasieu Parish School Board